*General Sobeloff, Assistant Attorney General Burger, Melvin Richter* and *Herman Marcuse* for the United States, and *Emanuel Harris* for the National Surety Corporation et al., respondents.

No. 447. CITY AND COUNTY OF SAN FRANCISCO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Dion R. Holm, Thomas M. O'Connor* and *Frank J. Needles* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Benjamin Forman* for the United States.

No. 449. KELLOGG COMPANY ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *William H. Dillon* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Louise Foster* for the United States.

No. 450. NORRIS *v.* NORRIS. Supreme Court of Michigan. Certiorari denied. *John McIntosh* for petitioner. *Frederick C. Hailer* for respondent.

No. 453. WM. H. MULLER & Co., INC. *v.* SWEDISH AMERICAN LINE, LTD. ET AL. C. A. 2d Cir. Certiorari denied. *George B. Warburton* for petitioner. *Charles S. Haight* for respondents.

No. 464. CHICAGO GREAT WESTERN RAILWAY Co. *v.* KENNEY. Supreme Court of Minnesota. Certiorari denied. *David L. Grannis* and *Bryce L. Hamilton* for petitioner. *Donald A. Chapman* for respondent.